# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 11, 2013

No. 12-41037

Lyle W. Cayce
Clerk

In the Matter of:  ASARCO, L.L.C.,

                                        Debtor

-----------------------------------------------------

MERITAIN HEALTH, INC.,

                                        Appellant

v.

ASARCO, L.L.C.,

                                        Appellee

-----------------------------------------------------

        Consolidated With
        Case No. 12-41047

In the Matter of:  ASARCO, L.L.C.; ET AL,

                                        Debtor

-----------------------------------------------------

ASARCO, L.L.C.; ET AL, Debtor in Possession,

                                        Appellee

v.

SCRIP WORLD, L.L.C.,

                                        Appellant

No. 12-41037

————————

Appeals from the United States District Court
for the Southern District of Texas
USDC Nos. 2:11-CV-225 & 2:11-CV-228

————————

Before JOLLY, DAVIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  *See* 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.